POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br><br>  TELEPHONE NO.: (212) 558-5500<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|

| COURT OF CALIFORNIA, COUNTY OF NORTHERN<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME: | |
|---|---|

| PLAINTIFF: WILLIAM FLEMMING and DEVIN ROSE, individually and<br>          on behalf of all others similarly situated<br>DEFENDANT: GOOGLE LLC and YOUTUBE, LLC | CASE NUMBER:<br>4:26-CV-07182-ASK |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>944339 |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  ☐ summons
    b.  ☐ complaint
    c.  ☐ Alternative Dispute Resolution (ADR) package
    d.  ☐ Civil Case Cover Sheet (served in complex cases only)
    e.  ☐ cross-complaint
    f.  ☒ other (specify documents):
        Summons in a Civil Action with Class Action Complaint for Damages and Demand for Jury Trial, Standing and Civil
        Standing Order for Magistrate Judge Ajay S. Krishnan

3.  a. Party served *(specify name of party as shown on documents served):*
        GOOGLE LLC

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
        under item 5b on whom substituted service was made)
        Maddie Bright / Agent Authorized To Accept

4.  Address where the party was served:
        2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

5.  I served the party *(check proper box)*
    a.  ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party  (1) on *(date):*07/21/2026  (2) at *(time):*11:43 AM
        Description:  Age: 28, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 190, Hair: Brown, Glasses: N

    b.  ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with
        or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of
            business of the person to be served. I informed him or her of the general nature of the papers.
        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or
            usual place of abode of the party.  I informed him or her of the general nature of the papers.
        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual
            mailing address of the person to be served, other than a United States Postal Service post office box.
            I informed him or her of the general nature of the papers.
        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
            at the place where copies were left (Code Civ. Proc., 415.20).  I mailed the documents on

**Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Job Number NHI-2026019763

| PLAINTIFF: WILLIAM FLEMMING and DEVIN ROSE, individually and on behalf of all others similarly situated<br>DEFENDANT: GOOGLE LLC and YOUTUBE, LLC | CASE NUMBER:<br>4:26-CV-07182-ASK |
|---|---|

<table>
<tr><td></td><td colspan="2"><em>(date):</em>          from <em>(city):</em></td><td><strong>or</strong> ☐ a declaration of mailing is attached.</td></tr>
</table>

       (5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on *(date):*          (2) from *(city):*

       (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me.  (*Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify):* GOOGLE LLC

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: Keianna Hostetler

    Firm: ABC Legal Services, LLC

b. Address: 101 Avenue of the Americas, 9th FL,
       New York, NY 10013

c. Telephone number: (212) 267-6448

d. **The fee** for the service was: $

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ a registered California process server:

       (i) ☐ owner  ☐ employee  ☒ independent contractor.

       (ii) Registration No.: 2025-048

       (iii) County: Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:    07/22/2026

Keianna Hostetler
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶    _____
(SIGNATURE)

**Page 2 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Job Number NHI-2026019763